## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re:                                              Case No. 19-01092

Dennis Wayne Oberkrom
Janet Susan Oberkrom                                Chapter 13

Debtor(s).                                          Judge Robyn L. Moberly

### AGREED ENTRY ON OBJECTION TO CHAPTER 13 PLAN FILED BY AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL (Doc. 16)

This matter having come before the Court upon the Objection to Chapter 13 Plan (Doc. 16) filed herein by the secured creditor, Americredit Financial Services, Inc. dba GM Financial ("Creditor") and it appearing to the Court that parties have agreed to a course of action that will resolve the Objection:

1. On March 28, 2019, the Creditor filed an Objection to the Debtors' Chapter 13 Plan regarding the Debtors' 2011 KIA SOUL WAGON 4D + 2.0L I4 - VINKNDJT2A24B7315336 ("Vehicle").

2. Counsel for Debtor and Creditor have agreed to value the vehicle at $5,800.00 with interest at 6%.

3. Creditor will file an Amended Claim within 30 days of this Order being entered to reflect the agreed upon value.

4. Debtor will file an Amended Plan within 30 days of this Order being entered to reflect the agreed upon value and interest.

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ *John F Bymaster*

John Forest Bymaster
BYMASTER BANKRUPTCY LAW
OFFICES
4435 Whitestown Parkway
Lebanon, IN 46052
Phone: 317.769.6533
Fax: 317.769.4545
john@bymasterbankruptcy.com
Attorney for Debtors

/s/ *John M Hauber*

John M Hauber
Office of John M. Hauber
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204
Phone: 317.636.1062
ecfmail@hauber13.com
Chapter 13 Trustee